
FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

John T. Pham

CASE/CITATION NO. 2:08MJ00180-GGH-01

### ORDER TO PAY

SOCIAL SECURITY #:
DATE OF BIRTH:
DRIVER'S LICENSE #
ADDRESS:

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 7/16/08

_____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 300.00  and a penalty assessment of $ 10.00  for a TOTAL AMOUNT OF: $ _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the 11/1/08 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7/16/08

/GGH/ _____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST

EDCA-3