```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Staff Attorney/Misdemeanor Unit
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOHN T. PHAM
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-mj-180-GGH |
|---|---|
| Plaintiff, | ) AMENDED NOTICE OF MOTION AND ) MOTION TO TERMINATE COURT |
| v. | ) PROBATION; MEMORANDUM OF POINTS ) AND AUTHORITIES; PROPOSED ORDER |
| JOHN T. PHAM, | ) ) Date: Hearing Not Requested |
| Defendant. | ) Time: ) Judge: Hon. Gregory G. Hollows |

TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY
    S. ROBERT TICE-RASKIN, ASSISTANT UNITED STATES ATTORNEY
    JENNIFER E. DAVIS, CERTIFIED LAW STUDENT

The defendant, John T. Pham, by and through counsel, Michael Petrik, Jr., moves the Court to terminate court probation early. Mr. Pham does not request a hearing on this motion.

Dated: October 17, 2008                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, JR.
                                       Staff Attorney/Misdemeanor Unit

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**STATEMENT OF FACTS**

On July 16, 2008, the Court sentenced Mr. Pham to court probation for one year after his guilty plea to driving when privilege suspended or revoked for failure to appear in violation of 18 U.S.C. § 13 and Cal. Veh. Code § 14601.1(a). The Court imposed 20 days custody as a special condition of probation, but provided that if Mr. Pham served five days custody during the first two months of probation and obtained a valid driver license by November 1, 2008, the Court would terminate probation and eliminate the remaining 15 days of custody.

On October 6, 2008, counsel for Mr. Pham wrote the government to inform it that Mr. Pham had paid his fine, served the five days, and obtained his driver license. See Exhibit "A." Counsel for Mr. Pham requested that the government telephone with its position on a motion for early termination of probation. Id. On October 14, 2008, counsel for the government telephoned to confirm that Mr. Pham had paid his fine, served the five days, and obtained a driver license; and, to state that the government did not oppose early termination of probation in Mr. Pham's case.

**II.**

**THE COURT SHOULD TERMINATE PROBATION EARLY**

When it sentences an individual to a term of probation after conviction for a misdemeanor, the court has the discretion to terminate probation and discharge the individual "at any time" so long as it "is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Ordinarily, the

court must convene an evidentiary hearing when an individual petitions for early termination of probation. Fed. R. Crim. P. 32.1(c)(1). "A hearing is not required," however, "if ... the person waives the hearing; or the relief sought is favorable ... and does not extend the term of probation ... and an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so." Fed. R. Crim. P. 32.1(c)(2).

In this case, Mr. Pham has paid his fine, served the five days, and obtained a driver license. Mr. Pham has communicated these facts to the government. The government has confirmed these facts, and does not oppose early termination of probation. For these reasons, and because of the special condition of his probationary sentence, Mr. Pham urges the Court to terminate probation early.

### III.

### RECOMMENDATION AND CONCLUSION

Mr Pham respectfully requests that the Court termination probation early, and accord such other relief as seems just.

Dated: October 17, 2008                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, JR.
                                       Staff Attorney/Misdemeanor Unit

[PROPOSED] ORDER

For the reasons set forth above, and good cause appearing, the Court orders that probation in <u>United States v. Pham</u>, No. 08-mj-180 GGH, is terminated.

**IT IS SO ORDERED.**

Dated: October 21, 2008

*/s/ Gregory G. Hollows*

_____
**HON. GREGORY G. HOLLOWS**
United States Magistrate Judge

Motion Terminate Probation                    4                              08-mj-180-GGH